**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORTATION, | : : : | |
| Plaintiff | : : | |
| v. | : : | 1:05-CV-068 (WLS) |
| COLQUITT FLORISTS AND GIFTS, INC., | : : | |
| Defendant | : : | |

**ORDER**

Before the Court is Plaintiff's resubmitted Motion for Entry of Default Judgment. (Doc. 8).  Upon initial review of Plaintiff's Motion, the Court found it necessary and proper to conduct a hearing to enable the Court to properly enter a default judgment.  (*See* Docs. 6, 7). The Court properly noticed Plaintiff of such findings as well as of the scheduled hearing, which was to have taken place on Wednesday, January 25, 2006 at 3:00 P.M. at the C. B. King United States Courthouse, 201 W. Broad Ave., Albany, GA.  *Id.*   Because Plaintiff failed to appear at the January 25, 2006 hearing, the Court found that Plaintiff failed to properly follow the procedure outlined in Rule 55(b)(2) for obtaining a default judgment, and denied Plaintiff's motion for default judgment without prejudice.  (Doc. 7).

Upon review of Plaintiff's resubmitted motion and a letter submitted by Plaintiff's counsel explaining his absence from the January 25, 2006 hearing, the Court similarly finds it necessary and proper to conduct a hearing on said motion.  The Court further finds that counsel's absence was excusable.  Accordingly, counsel for the parties and Defendant are **ORDERED** to appear before this Court at C.B. King United States Courthouse, 201 W. Broad Ave., Albany, GA on **Tuesday, July 25, 2006 at 10:30 A.M.** for a hearing on the instant motion.  (*See* Docs. 6, 7).

**SO ORDERED**, this ___14th___ day of July, 2006.

                                                                           /s/W. Louis Sands
                                                      **W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**